978 A.2d 917

IN THE MATTER OF LAURA A. SCOTT, A/K/A LAURA
P. SCOTT, AN ATTORNEY AT LAW.

September 17, 2009.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 08–293, recommending on the record certified to the Board pursuant to *Rule* 1:20–4(f) (default by respondent), that **LAURA A. SCOTT, a/k/a LAURA P. SCOTT,** formerly of **TEANECK,** who was admitted to the bar of this State in 1984, and who has been temporarily suspended from the practice of law since October 31, 2007, be disbarred for violating *RPC* 1.15(a) (knowing misappropriation of escrow funds) and the principles of *In re Wilson,* 81 *N.J.* 451, 409 *A.2d* 1153 (1979), and *In re Hollendonner,* 102 *N.J.* 21, 504 *A.2d* 1174 (1985);

And **LAURA A. SCOTT, a/k/a LAURA P. SCOTT,** having failed to appear on the return date of the Order to Show Cause issued in this matter;

And good cause appearing;

It is ORDERED that **LAURA A. SCOTT, a/k/a LAURA P. SCOTT,** be disbarred, effective immediately, and that her name be stricken from the roll of attorneys;

ORDERED that **LAURA A. SCOTT, a/k/a LAURA P. SCOTT** be and hereby is permanently restrained and enjoined from practicing law; and it is further

ORDERED that respondent comply with *Rule* 1:20–20 dealing with disbarred attorneys; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual

expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.